IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| EDDIE FRANK FLOYD, III, <br><br> Plaintiff, <br><br> v. <br><br> KIMBERLA BERRY; DOUG WILLIAMS, Warden; MRS. CUCUMBER, Kitchen Director; and MRS. COOK, Kitchen Director, <br><br> Defendants. | CIVIL ACTION NO.: 6:16-cv-119 |

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation dated November 4, 2016, (doc. 12). After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. The Court notes Plaintiff's Objection that he attempted to comply with the Court's directives to submit his prison trust fund account information but was unable to do so. However, Plaintiff has still not submitted his prison trust fund account information, despite the Court giving him several opportunities to do so. Moreover, as the Magistrate Judge advised Plaintiff on more than one occasion, the Court is unable to proceed with this case without Plaintiff's financial information. (Id. at pp. 4–5.)

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections. The Court **DISMISSES** Plaintiff's Complaint without prejudice and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Court **DISMISSES** as moot Plaintiff's Motion for Discovery.

(Doc. 13.)  The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 19th day of December, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA