AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EDDIE FRANK FLOYD, III,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV616-119

KIMBERLA BERRY; DOUG WILLIAMS; MRS. CUCUMBER; MR. COOK,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on December 19, 2016, the Report and Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Plaintiff's complaint is DISMISSED without prejudice and this case stands CLOSED.



December 19, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk